United States District Court
Southern District of Texas
**ENTERED**
March 01, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AMADO GUTIERREZ-MATA, § | |
| Plaintiff § | |
| § | |
| v. § | CIVIL ACTION NO. 4:15-cv-2793 |
| § | JURY REQUESTED |
| QUALITY CARRIERS, INC. and § | |
| DAVID A. GOMM § | |
| Defendants § | |

## AGREED FINAL MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE

**BE IT REMEMBERED,** that on this day in the above-entitled and numbered cause, Plaintiff Amado Gutierrez-Mata and Defendants Quality Carriers, Inc. and David A. Gomm, by and through their respective attorneys of record, appeared and have agreed that a Judgment shall be entered, and that Plaintiff takes-nothing from Defendants under any claim or cause asserted or which could have been asserted, as a result of the accident made the basis of this suit. It is accordingly,

**ORDERED, ADJUDGED and DECREED** that Plaintiff Amado Gutierrez-Mata shall recover nothing from Defendants Quality Carriers, Inc. and David A. Gomm and Defendants shall be and are hereby discharged with prejudice.

Costs shall be taxed against the party incurring same.

Any relief not herein specifically granted is hereby **DENIED**.

This Order constitutes a final judgment and disposes of all claims and all parties.

SIGNED this **26** day of **Feb**, 2016.

_____
**JUDGE DAVID HITTNER**

APPROVED AS SUBMITTED:



Hector Sandoval
Email: hsandoval@sandovalwaldman.com
SBN: 24043904
FBN: 731386
8584 Katy Freeway, Suite 102
Houston, Texas 77024
Telephone:   (713) 688-4878
Facsimile:   (832) 284-7039
**ATTORNEYS FOR PLAINTIFF**


BAIRHILTY, P.C.


*Richard P. Griffin, Jr.*
RONALD L. BAIR
State Bar No. 01554900
Federal I.D. No. 6173
RICHARD P. GRIFFIN, JR.
State Bar No. 24075894
Federal I.D. No. 1409933
14711 Pebble Bend Drive
Houston, Texas 77068
Telephone: (713)862-5599
Facsimile: (713)868-9444
**ATTORNEYS FOR DEFENDANTS,
QUALITY CARRIERS, INC. AND
DAVID A. GOMM**